**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA TORRECILLAS, | ) Case No.: 13-CV-5516-LHK |
| Plaintiff, | ) |
| v. | ) ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| SODEXO, INC.; and DOES 1-50, | ) |
| Defendants. | ) |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the initial case management statement, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file a joint case management statement by Monday, March 17, at 9 a.m.

**IT IS SO ORDERED.**

Dated: March 13, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-5516-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT