**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA TORRECILLAS,  )<br>  )<br>        Plaintiff,  )<br>  v.  )<br>  )<br>SODEXO, INC.; and DOES 1-50,  )<br>  )<br>        Defendants.  )<br>_____  ) | Case No.: 13-CV-05516-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for July 16, 2014 at 2 p.m. as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file a joint case management statement by Monday, July 14, at 10 a.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: July 10, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05516-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT