UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA TORRECILLAS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SODEXO, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 13-CV-05516-LHK<br><br>ORDER REGARDING CORPORATE REPRESENTATIVE |

Plaintiff shall file ten pages of the most relevant portions of the deposition of Ms. Maddon that demonstrate Ms. Maddon's inability to testify as a corporate representative as well as the 30(b)(6) topics for which Ms. Maddon was designated by 9 a.m., Monday, October 6, 2014.

Defendant shall file ten pages of the most relevant portions of the deposition of Ms. Maddon that demonstrate Ms. Maddon's ability to testify as a corporate representative by 9 a.m., Tuesday, October 7, 2014.

**IT IS SO ORDERED.**

Dated: October 3, 2014

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge