UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGELINA TORRECILLAS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SODEXO, INC.; and DOES 1-50, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 13-CV-05516-LHK <br><br> CASE MANAGEMENT ORDER |

The Court continues the October 8, 2014 case management conference to January 28, 2015 at 2 p.m.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05516-LHK
CASE MANAGEMENT ORDER